THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACINTO COSTA, Appellant, *v.* FRANK L. POLK, as Corporation Counsel of the City of New York, Respondent.

Reported below, 168 App. Div. 917.
(Submitted November 15, 1915; decided November 23, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 30, 1915, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel reinstatement of relator as junior assistant corporation counsel in the law department of the city of New York.

The motion was made upon the ground of failure to file the required undertaking.

45

*Lamar Hardy, Corporation Counsel (J. H. Greener of counsel), for motion.*

*Jacinto Costa* opposed.

Motion denied, without costs.